Form ntcfncurv − testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 19−28636−MBK
                        Chapter: 13
                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter−Donnell Boynton
   14 Manor Drive
   Neptune, NJ 07753

Social Security No.:
   xxx−xx−5707

Employer's Tax I.D. No.:

**NOTICE OF RECEIPT OF RESPONSE TO**
**NOTICE OF FINAL CURE PAYMENT**

   TO: <u>Peter−Donnell Boynton</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: May 21, 2021
JAN: mmf

                                                      <u>Jeanne Naughton, Clerk</u>

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 19-28636-MBK

Peter-Donnell Boynton                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 21, 2021 | Form ID: ntcfncur | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2021:**

**Recip ID          Recipient Name and Address**
db              +   Peter-Donnell Boynton, 14 Manor Drive, Neptune, NJ 07753-3525

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
    NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2021                              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2021 at the address(es) listed below:**

**Name**                          **Email Address**
Albert Russo
    docs@russotrustee.com

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Brian C. Nicholas
    on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSRMF MH MASTER PARTICIPATION TRUST II bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Jerome B. Blank
    on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSRMF MH MASTER PARTICIPATION TRUST II nj.bkecf@fedphe.com

John R. Morton, Jr.
    on behalf of Creditor HYUNDAI CAPITAL AMERICA ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Maria D. Ramos-Persaud

| | |
|---|---|
| | on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper mramos-persaud@grosspolowy.com, ecfnotices@grosspolowy.com |
| Sindi Mncina | |
| | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSRMF MH MASTER PARTICIPATION TRUST II smncina@raslg.com |
| Steven P. Kelly | |
| | on behalf of Creditor U.S. BANK TRUST  N.A., AS TRUSTEE FOR LSRMF MH MASTER PARTICIPATION TRUST II skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Thomas J Orr | |
| | on behalf of Debtor Peter-Donnell Boynton tom@torrlaw.com  xerna@aol.com;orrtr87054@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10