| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>_____<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**Thomas J. Orr**<br>**321 High Street**<br>**Burlington, NJ 08016**<br>**Attorney for Debtor**<br>tom@torrlaw.com<br>(609)386-8700 | |
| In Re:<br><br>Peter-Donnell Boynton, | Case No.: <u>19-28636 (MBK)</u><br><br>Chapter: <u>13</u> |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,

   Creditor.

   A hearing has been scheduled for _____ at _____.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____ at _____.

   ☒ Certification of Default filed by <u>Fay Servicing</u>,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

**I recently paid $5,400 to the mortgage company – confirmation number 859706446. My mortgage should be current.**

☐ Other (explain your answer):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: September  25 , 2021            /s/Peter-Donnell Boynton
                                      Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*