Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−28636−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter−Donnell Boynton
   14 Manor Drive
   Neptune, NJ 07753

Social Security No.:
   xxx−xx−5707

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/27/21 at 09:00 AM

to consider and act upon the following:

56 − Creditor's Certification of Default (related document:25 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Jonathan C. Schwalb on behalf of Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II. Objection deadline is 09/29/2021. (Attachments: # 1 Certification Certification PPP History # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) (Schwalb, Jonathan)

Dated: 9/28/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court