Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−28636−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Peter−Donnell Boynton
    14 Manor Drive
    Neptune, NJ 07753

Social Security No.:
    xxx−xx−5707

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 10/27/21 at 09:00 AM

to consider and act upon the following:

**56** − Creditor's Certification of Default (related document:25 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Jonathan C. Schwalb on behalf of Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II. Objection deadline is 09/29/2021. (Attachments: # 1 Certification Certification PPP History # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) (Schwalb, Jonathan)

Dated: 9/28/21

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                  Case No. 19-28636-MBK

Peter-Donnell Boynton                                                                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                  User: admin                                    Page 1 of 2

Date Rcvd: Sep 28, 2021                        Form ID: ntchrgbk                              Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter-Donnell Boynton, 14 Manor Drive, Neptune, NJ 07753-3525 |
| cr | + | Fay Servicing, LLC as servicer for U.S. Bank Trust, Friedman Vartolo LLP, 1325 Franklin Ave, Garden City, NY 11530-1666 |
| cr | + | Fay Servicing, LLC as servicer for U.S. Bank Trust, Friedman Vartolo, LLP, 1325 Franklin Ave., Ste 160, Garden City, NY 11530-1631 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2021                             Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSRMF MH MASTER PARTICIPATION TRUST II bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSRMF MH MASTER PARTICIPATION TRUST II dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jerome B. Blank | |

| | |
|---|---|
| | on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSRMF MH MASTER PARTICIPATION TRUST II nj.bkecf@fedphe.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI CAPITAL AMERICA ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II bankruptcy@friedmanvartolo.com |
| Maria D. Ramos-Persaud | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mramos-persaud@grosspolowy.com, ecfnotices@grosspolowy.com |
| Sindi Mncina | on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSRMF MH MASTER PARTICIPATION TRUST II smncina@raslg.com |
| Steven P. Kelly | on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSRMF MH MASTER PARTICIPATION TRUST II skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Thomas J Orr | on behalf of Debtor Peter-Donnell Boynton tom@torrlaw.com xerna@aol.com;orrtr87054@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13