| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Peter-Donnell Boynton <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx-xx-5707 <br> EIN   __-_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   ____ <br> EIN   __-_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19-28636-MBK | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Peter-Donnell Boynton

12/6/21                                **By the court:** Michael B. Kaplan
                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-28636-MBK
Peter-Donnell Boynton  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Dec 06, 2021     Form ID: 3180W     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter-Donnell Boynton, 14 Manor Drive, Neptune, NJ 07753-3525 |
| cr | + | Fay Servicing, LLC as servicer for U.S. Bank Trust, Friedman Vartolo LLP, 1325 Franklin Ave, Garden City, NY 11530-1666 |
| cr | + | Fay Servicing, LLC as servicer for U.S. Bank Trust, Friedman Vartolo, LLP, 1325 Franklin Ave., Ste 160, Garden City, NY 11530-1631 |
| cr | + | HYUNDAI CAPITAL AMERICA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSRMF MH MAS, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518489261 | + | Allen Chern, LLC, 79 West Monroe Street, 5th Floor, Chicago, IL 60603-4901 |
| 518489264 | | Edifinancial Services, PO Box 36008, Knoxville, TN 37930-6008 |
| 518489268 | + | Mr. Cooper/Nationstar, Attn: Bankruptcy, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 518518336 | ++++ | NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER, GROSS POLOWY, LLC, 2500 PLAZA FIVE STE 2548, JERSEY CITY NJ 07311 address filed with court:, Nationstar Mortgage, LLC d/b/a Mr. Cooper, Gross Polowy, LLC, 2500 Plaza 5, Suite 2548, Jersey City, NJ 07311 |
| 518552181 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO box 619096, Dallas TX 75261-9096 |
| 518518329 | + | Nationstar Mortgage, LLC d/b/a Mr. Cooper, Gross Polowy, LLC, 1775 Wehrle Drive, Suite 100, Williamsville, New York 14221-7093 |
| 519213929 | | U.S. Bank Trust National Association, et al, c/o Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 519213930 | + | U.S. Bank Trust National Association, et al, c/o Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 U.S. Bank Trust National Association, et 75381-460 |
| 518664498 | + | U.S. Bank Trust, N.A.,, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 518664499 | + | U.S. Bank Trust, N.A.,, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134, U.S. Bank Trust, N.A., Caliber Home Loans, Inc. 73134-2500 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 06 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 06 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518489262 | | EDI: CAPITALONE.COM | Dec 07 2021 01:38:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518552970 | + | EDI: AIS.COM | Dec 07 2021 01:38:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518607865 | | EDI: CITICORP.COM | Dec 07 2021 01:38:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518489263 | + | EDI: CITICORP.COM | Dec 07 2021 01:38:00 | Citibank/The Home Depot, Citicorp Credit Services, Attn: Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 518572522 | + | Email/Text: bankruptcy@flagshipcredit.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 06 2021 20:36:00 | FLAGSHIP CREDIT ACCEPTANCE, PO BOX 3807, Coppell, TX 75019-5877 |
| 518489265 | + | EDI: AMINFOFP.COM | Dec 07 2021 01:38:00 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 518489266 | + | Email/Text: bankruptcy@flagshipcredit.com | Dec 06 2021 20:36:00 | Flagship Credit Acceptance, PO Box 1419, Chadds Ford, PA 19317-0688 |
| 518605680 | + | EDI: HY11.COM | Dec 07 2021 01:38:00 | HYUNDAI CAPITAL AMERICA DBA, KIA MOTORS FINANCE, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 518583608 | + | EDI: JEFFERSONCAP.COM | Dec 07 2021 01:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518601751 | + | EDI: AIS.COM | Dec 07 2021 01:38:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSRMF MH MAS, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 519441048 | *+ | Peter-Donnell Boynton, 14 Manor Drive, Neptune, NJ 07753-3525 |
| 518489267 | ## | KIa Motor Finance, PO Box 650805, Dallas, TX 75265-0805 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 08, 2021            Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSRMF MH MASTER PARTICIPATION TRUST II bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSRMF MH MASTER PARTICIPATION TRUST II dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Dec 06, 2021 Form ID: 3180W Total Noticed: 27

| Name | Details |
|---|---|
| Jerome B. Blank | on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSRMF MH MASTER PARTICIPATION TRUST II nj.bkecf@fedphe.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI CAPITAL AMERICA ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust bankruptcy@friedmanvartolo.com |
| Maria D. Ramos-Persaud | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mramos-persaud@grosspolowy.com, ecfnotices@grosspolowy.com |
| Sindi Mncina | on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSRMF MH MASTER PARTICIPATION TRUST II smncina@raslg.com |
| Steven P. Kelly | on behalf of Creditor U.S. BANK TRUST N.A., AS TRUSTEE FOR LSRMF MH MASTER PARTICIPATION TRUST II skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Thomas J Orr | on behalf of Debtor Peter-Donnell Boynton tom@torrlaw.com xerna@aol.com;orrtr87054@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13